UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: James P. Paja and Jennifer Paja     Case No. 11-30263

Hon. Opperman

CHAPTER 13

_____/

OBJECTION TO PROOF OF CLAIM OF ROUNDUP FUNDING, LLC

Now come the Debtors James P. Paja and Jennifer Paja, by and through their attorney, Jesse R. Sweeney, and hereby bring this Objection to Proof of Claim Roundup Funding, LLC and state as follows:

1. That the Debtor(s) in this case filed for protection under Chapter 13 of the Bankruptcy Code;

2. That 1-22-2011 Roundup Funding, LLC filed a Proof of Claim also known as Claim number 1 with this Court for alleged debt incurred in the amount of $9,157.00 but failed to attach documentation showing anything evidencing the underlying contract except a generic printout generated by their own agency showing, among other general items, the amount owed.

3. That Sections 501 and 502 of the Bankruptcy Code and Bankruptcy Rule 3001 provide that "a party correctly filing a proof of claim is deemed to have established a prima facie case against the debtor's assets/" *In re Fidelity Holding Co., Ltd.*, 837 F.2d 696, 698 (5th Cir. 1988);

4. That Bankruptcy Rule 3001(a) provides that "a proof of claim shall conform substantially to the appropriate Official Form.";

5. That Bankruptcy Rule 3001(c) provides that the original or a duplicate of a writing "shall be filed with the proof of claim,"if the claim is based on a writing";

6. That Official Form 9 provides that the creditor must attach copies of supporting documents, unless not available or voluminous;

7. That in the instant case, Roundup Funding, LLC has failed to attach the documentation required by Bankruptcy Rule 3001(a) and (c), and Official Form 9 since they failed to attach a copy of a promissory note, contract and/or a recent statement;

8. That Roundup Funding, LLC has failed to comply with the Bankruptcy Code and Rules to keep costs down despite the fact that they have demonstrated eagerness to be paid by the Debtors, who are just barely making ends meet through a Chapter 13 bankruptcy;

9. That the failure of Roundup Funding, LLC to provide the necessary documents does not provide a prima facie case against the debtor's assets and therefore such objection should be sustained;

10. That the failure of Roundup Funding, LLC to provide the necessary documentation does not evidence their right to collect said debt;

11. That should Roundup Funding, LLC attempt to file this documentation, said documentation will be late and beyond the claims bar date;

WHEREFORE the Debtors respectfully request from this Honorable Court the following relief:

a. That the Proof of Claim objection against Roundup Funding, LLC be sustained, the claim of Roundup Funding, LLC also known as Claim number 1 in the amount of $9,157.00 be disallowed and the Chapter 13 Trustee shall not be required to return or recoup any funds already remitted to this creditor.

Respectfully Submitted,

DATE: October 5, 2011

/s/ Jesse R. Sweeney
Jesse R. Sweeney (P60941)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtor
29777 Telegraph, Suite 2500
Southfield, MI 48034
(586) 909-8017
sweeneylaw2005@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: James P. Paja and Jennifer Paja     Case No. 11-30263

Hon. Opperman

CHAPTER 13

_____/

ORDER SUSTAINING OBJECTION AGAINST ROUNDUP FUNDING, LLC

Upon the reading and filing of Attorney for Debtors, JESSE R. SWEENEY's Objection to Proof of Claim, and no responses having been filed to the said Objection, and no appearances on the date and time of the hearing;

IT IS HEREBY ORDERED:

1. That the Proof of Claim objection Roundup Funding, LLC be sustained, the claim of Roundup Funding, LLC as Claim number 1 for the amount of $9,157.00 be disallowed and the Chapter 13 Trustee shall not be required to return or recoup any funds already remitted to this creditor.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: James P. Paja and Jennifer Paja        Case No. 11-30263

Hon. Opperman

CHAPTER 13

_____/

NOTICE OF OBJECTION TO PROOF OF CLAIM FILED BY ROUNDUP FUNDING, LLC

JESSE R. SWEENEY, Attorney for Debtor(s), has filed papers with the Court objecting to a Proof of Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE that the attached Objection is scheduled to be heard on **November 15, 2011** at **10:00am** by the **Honorable Daniel S. Opperman** located at **226 West Second Street, Flint, MI 48502**, or as soon thereafter as counsel may be heard.

If you do not want the Court to award the requested relief, or if you want the court to consider your views on the Objection, on or before 7 days prior to the hearing date above, you or your attorney must:

1.      File with the court a written response or an answer, explaining your position at:

> United States Bankruptcy Court
> 226 West Second Street
> Flint, Michigan 48502

If you mail your response to the court for filing, you must
mail it early enough so the court will **receive** it on or before
the date stated above.

You must also mail a copy to:

| | |
|---|---|
| SWEENEY LAW OFFICES, P.C. | Carl Bekofske |
| Jesse R. Sweeney | 400 N. Saginaw Street |
| Attorney for Debtor(s) | Suite 331 |
| 29777 Telegraph, Suite 2500 | Flint, MI 48502 |
| Southfield, MI 48034 | (810) 238-4675 |

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

Dated: October 5, 2011                                  /s/ Jesse R. Sweeney
                                                                                       JESSE R. SWEENEY (P60941)
                                                                                       SWEENEY LAW OFFICES, P.L.L.C.
                                                                                       29777 Telegraph, Suite 2500
                                                                                       Southfield, MI 48034
                                                                                        sweeneylaw2005@yahoo.com

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: James P. Paja and Jennifer Paja    Case No. 11-30263

Hon. Opperman

CHAPTER 13

CERTIFICATE OF SERVICE

The undersigned declares that on October 5, 2011, he served copies of the Debtors Objection to Claim of Roundup Funding, LLC, and the Notice of Objection and Hearing either electronically or by depositing the same in the United States Mail, postage fully prepaid, and addressed as follows:

Carl Bekofske
400 N. Saginaw Street
Suite 331
Flint, MI 48502
(810) 238-4675

U.S. Trustee
226 West Second Street
Flint, Michigan 48502

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

/s/ Jesse R. Sweeney
JESSE R. SWEENEY
Attorney for Debtor(s)
29777 Telegraph, Suite 2500
Southfield, MI 48034
(586)909-8017
sweeneylaw2005@yahoo.com