B 10 (Supplement 1) (12/11) (08/10 publication draft)

# UNITED STATES BANKRUPTCY COURT

EASTERN District of MICHIGAN

In re James P Paja and
Jennifer Paja
    Debtor

Case No. 11-30263

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy rule 3002.1.

Name of Creditor: U.S. Bank
Uniform Claim Identifier: _____

Court claim no. (if known): 10

Last four digits of any number you use to identify the debtor's account: 3 1 8 6

Date of payment change: 04 /01/ 2012
Must be at least 21 days after date of this notice

Property address:
3013 Stillriver Dr.
Howell, MI 48843-7384

New total payment:
Principal, Interest, and escrow, if any     $1,444.18

TT# 276028B02

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes. Attach a copy of the escrow account statement, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $220.84      New escrow payment: $261.10

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes. Attached is a copy of the rate change notice, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

Current Interest rate: _____%       New Interest rate: _____%

Current principal and Interest payment: $_____       New principal and Interest payment: $_____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $_____       New mortgage payment: $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and yiour title, if any, and state yiour address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor.    ☐ I am the creditor's authorized agent.
                          (attach copy of power of attorney, if any)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/ _____    Date 02/28/2012
   Signature

                                          Title Attorney for U.S. Bank

Print:  Elizabeth Kanous (P71178)
        First Name    Middle Name    Last Name

Company  Trott & Trott, P.C.

Address  31440 Northwestern Highway, Suite 200
         Number       Street

         Farmington Hills          MI      48334-2525
         City                      State   Zip Code

Contact phone (248) 642-2515              Email EasternECF@trottlaw.com